RECEIVED
(Rev. 2/88)

SEP 2 5 2015    TRANSFER OF JURISDICTION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1128 1:02CR00125-002 |
| | DOCKET NUMBER *(Rec. Court)* |

A15CR0279 SS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Artavious Lang | Southern District of Alabama | Southern |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Hon. U.S. Ditrict Judge Callie V.S. Granade |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 05/04/2011 | 05/03/2016 |

OFFENSE
Distribution and possession with intent to distribute cocaine in violation of USC 21 § 841(a)(1)

FILED

SEP 3 0 2015

CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____SOUTHERN_____ DISTRICT OF _____ALABAMA-MOBILE_____

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Western District of Texas - Austin_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

              August 24, 2015
                   _____
                           *Date*

Callie V. S. Granade
U.S. District Judge
*Digitally signed by Callie V. S. Granade U.S. District Judge
DN: cn=Callie V. S. Granade U.S. District Judge, o=Federal Judiciary, ou=U.S. Government, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.08.24 12:19:02 -05:00*

_____
*United States District Judge*

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Texas - Austin_____

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    9-25-15
    _____
      *Effective Date*

Sam Sparks
_____
*United States District Judge*

# U.S. District Court
# Southern District of Alabama (Mobile)
# CRIMINAL DOCKET FOR CASE #: 1:02-cr-00125-CG-M-2

Case title: USA v. Crutchfield

Magistrate judge case number: 1:02-mj-00082

Date Filed: 06/27/2002

Date Terminated: 12/12/2002

---

Assigned to: Judge Callie V. S.
Granade
Referred to: Magistrate Judge
Bert W. Milling, Jr

Appeals court case number:
02-16847-D



Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Tina Wood*
Deputy Clerk
Date: ___September 29, 2015___

## Defendant (2)

**Artavious Lang**
*TERMINATED: 12/12/2002*

represented by **Artavious Lang**
# 08145-003
FCI
P. O. Box 5000
Greenville, IL 62246
PRO SE

**Larry C. Moorer**
107 North Jackson Street
Mobile, AL 36602
251-432-0002
Email: lcmoorer@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Artavious Lang**
Unknown
*ATTORNEY TO BE NOTICED*

## Pending Counts

21:846=ND.F CONSPIRACY
TO POSSES AND

## Disposition

Dismissed on motion of the
Government.

DISTRIBUTE CRACK
COCAINE
(1-2)

21:841A=ND.F                                Imprisonment 151 months
POSSESSION/DISTRIBUTION                      w/recom. to B.O.P. as set out;
OF CRACK COCAINE                             SRT 5 years w/sp'l cond. as set
(3)                                          out; SA $100.00.
                                             RESENTENCING:
                                             Imprisonment 121 months.

21:841A=ND.F
POSSESSION/DISTRIBUTION                      Dismissed on motion of the
OF CRACK COCAINE                             Government.
(4)

**Highest Offense Level
(Opening)**
Felony

**Terminated Counts**                        **Disposition**
None

**Highest Offense Level
(Terminated)**
None

**Complaints**                               **Disposition**
None

---

**Plaintiff**
**United States of America**        represented by **Adam Wayne Overstreet**
                                                    U.S. Attorneys Office
                                                    63 S. Royal St., Rm. 600
                                                    Mobile, AL 36602
                                                    251-441-5845
                                                    Email:
                                                    adam.overstreet@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

*Designation: Assistant U.S. Attorney*

**Charles A. Kandt**
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
(334) 441-5845
Fax: 2514415277
*TERMINATED: 12/14/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daryl A. Atchison**
U.S. Attorneys Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
251-441-5845
Fax: 251-441-5131
Email:
daryl.atchison@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven E. Butler**
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
(251) 441-5845
Email: steven.butler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria E. Murphy**
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
(251) 441-5845
Fax: 2514415277
Email:
maria.murphy@usdoj.gov
*TERMINATED: 12/14/2006*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2002 | 1 | COMPLAINT as to Kenji Crutchfield, Artavious Lang, Love Miller - conpiracy to possess with intent to distribute cocaine, crack cocaine and marijuana in violation of Title 21, Section 846 and 841(a)(1) ( signed by Mag. Judge William H. Steele ) [ 1:02-m -82 ] (mbp) (Entered: 06/13/2002) |
| 06/12/2002 | 3 | Bench WARRANT issued as to Artavious Lang ( signed by Mag. Judge William H. Steele ) and given to USM for service [ 1:02-m -82 ] (mbp) (Entered: 06/13/2002) |
| 06/12/2002 | 7 | PETITION and ORDER by USA for Writ of Habeas Corpus ad prosequendum as to Artavious Lang [ 1:02-m -82 ] (mbp) (Entered: 06/13/2002) |
| 06/12/2002 | 8 | WRIT of Habeas Corpus ad Prosequendum issued as to Artavious Lang . Initial Appearance set for 11:00 6/13/02 for Artavious Lang before Mag. Judge William H. Steele ( signed by Mag. Judge William H. Steele ); original and two certified copies given to USM 6/12/02 [ 1:02-m -82 ] (mbp) (Entered: 06/13/2002) |
| 06/12/2002 | | ARREST of Kenji Crutchfield, Artavious Lang [ 1:02-m -82 ] (mbp) (Entered: 06/18/2002) |
| 06/13/2002 | 14 | CJA 23 FINANCIAL AFFIDAVIT by Artavious Lang [ 1:02-m -82 ] (mbp) (Entered: 06/18/2002) |
| 06/13/2002 | 15 | MOTION by USA as to Artavious Lang for Detention hearing , referred to Mag. Judge William H. Steele as to Artavious Lang (2) [ 1:02-m -82 ] (mbp) (Entered: 06/18/2002) |
| 06/13/2002 | 16 | CJA 20 as to Artavious Lang : Appointment of Attorney Larry C. Moorer ( Signed by Mag. Judge William H. Steele ) [ 1:02-m -82 ] (mbp) (Entered: 06/18/2002) |
| 06/17/2002 | 17 | ORDER ON Initial appearance as to Artavious Lang (Defendant informed of rights.) ;Preliminary Examination set for 9:30 6/18/02 for Artavious Lang before Judge Cassady ; Detention Hearing set for 9:30 6/18/02 for Artavious Lang ( Signed by Mag. Judge William H. Steele ) [ 1:02-m -82 ] (mbp) Modified on 12/13/2002 (Entered: 06/18/2002) |
| 06/17/2002 | 18 | ORDER OF TEMPORARY DETENTION as to Artavious Lang Detention Hearing set for 9:30 6/18/02 for Artavious |

| | | |
|---|---|---|
| | | Lang ( Signed by Mag. Judge William H. Steele ) [ 1:02-m -82 ] (mbp) Modified on 12/13/2002 (Entered: 06/18/2002) |
| 06/17/2002 | 19 | Bench WARRANT Returned Executed as to Artavious Lang on 6/13/02 [ 1:02-m -82 ] (mbp) (Entered: 06/18/2002) |
| 06/18/2002 | | Preliminary Exam and Detention hearing as to Kenji Crutchfield, Artavious Lang held Tape/Scanner: 2033, 2034 (0-3301) FTR 9:45:47 - 10:48 [ 1:02-m -82 ] (eec) Modified on 06/18/2002 (Entered: 06/18/2002) |
| 06/19/2002 | 20 | ORDER on Preliminary Examination as to Artavious Lang Rule 5.1 hearing held ( Signed by Mag. Judge William E. Cassady ) [ 1:02-m -82 ] (eec) (Entered: 06/20/2002) |
| 06/19/2002 | 21 | ORDER OF DETENTION as to Artavious Lang ( Signed by Mag. Judge William E. Cassady ) Copies given to AUSA, USM, PT, Deft's counsel [ 1:02-m -82 ] (eec) (Entered: 06/20/2002) |
| 06/27/2002 | 24 | INDICTMENT as to Love Miller (1) count(s) 1-2, 3-4, Artavious Lang (2) count(s) 1-2, 3-4, Kenji Crutchfield (3) count(s) 1-2, 3-4 , (Government Attorney Gregory A. Bordenkircher) [Count 1,2- Conspiracy to possess & distribute crack cocaine; Count 3,4- Possession/distribution of crack cocaine] (srr) Modified on 06/28/2002 (Entered: 06/28/2002) |
| 06/27/2002 | | Count(s) added Love Miller (1) count(s) 4, Artavious Lang (2) count(s) 4, Kenji Crutchfield (3) count(s) 4 (srr) (Entered: 06/28/2002) |
| 06/28/2002 | | Arraignment as to Artavious Lang, Kenji Crutchfield set for 2:00 7/10/02 for Artavious Lang, for Kenji Crutchfield before Mag. Judge Bert W. Milling Jr. (srr) (Entered: 06/28/2002) |
| 07/10/2002 | | Arraignment as to Artavious Lang held (clr) (Entered: 07/11/2002) |
| 07/10/2002 | 25 | ORDER ON ARRAIGNMENT as to Artavious Lang setting Jury Selection for 8:45 9/3/02; Pretrial Motions due on 8/2/02; POC with Probation Officer Vickie Tyner on 2:00 7/29/02 Pretrial Conference for 1:45 8/15/02; ( Signed by Mag. Judge Bert W. Milling Jr. 7/10/02) Copies to USM, USA, Prob, P/T, Deft's Atty and Deft 7/11/02 (clr) (Entered: 07/11/2002) |
| 08/16/2002 | 35 | ORDER on Pre-trial conference as to Artavious Lang, set Change of Plea Hearing for 10:30 am on 8/28/02 for Artavious Lang before Judge Callie V. Granade ; parties are ORDERED to file plea agreement NLT 1 full day prior to hrg; set Plea |

| | | |
|---|---|---|
| | | Agreement deadline to 8/27/02 for Artavious Lang ; USM is ORDERED to produce Dft for this hrg (Signed by Mag. Judge Bert W. Milling Jr.) (copies to AUSA, Dft's Attny, Dft, Prob, P/T & USM on 8/19/02) (tot) (Entered: 08/19/2002) |
| 08/28/2002 | 37 | Plea Agreement w/factual resume as to Artavious Lang filed in open court; copies to USA and Prob. (mab) (Entered: 08/28/2002) |
| 08/28/2002 | | Change of Plea Hearing as to Artavious Lang held before Judge Callie V. Granade Court Reporter: Delia Camp (mab) (Entered: 08/28/2002) |
| 08/28/2002 | | Deadline updated as to Artavious Lang, set Sentencing for 1:00 11/13/02 for Artavious Lang before Judge Callie V. Granade (mab) (Entered: 08/28/2002) |
| 08/29/2002 | 39 | ORDER ON GUILTY PLEA as to Artavious Lang Guilty: Artavious Lang count 3 ; sentence set on 1:00 11/13/02 for Artavious Lang before Judge Callie V. Granade; Deft. to remain in custody; Court Reporter: Delia Camp ( Signed by Judge Callie V. Granade ) copies to counsel, USM, P/T, Prob. & Deft. (mab) (Entered: 08/30/2002) |
| 09/20/2002 | 41 | ORDER as to Artavious Lang, resetting Sentencing for 1:00 12/4/02 for Artavious Lang before Judge Callie V. Granade ( Signed by Judge Callie V. Granade ) copies to counsel, USM, P/T, Prob. & Deft. (mab) (Entered: 09/23/2002) |
| 11/26/2002 | 43 | POSITION of Artavious Lang regarding sentencing factors w/objections (mab) (Entered: 11/27/2002) |
| 11/27/2002 | | Sentencing notices as to Artavious Lang, Kenji Crutchfield for 12/4/02 at 1:00 p.m. mailed (mab) (Entered: 11/27/2002) |
| 12/04/2002 | | ORAL ORDER as to Artavious Lang, Kenji Crutchfield , resetting Sentencing for 9:30 12/6/02 for Artavious Lang, for Kenji Crutchfield before Judge Callie V. Granade ( Entered by Judge Callie V. Granade ) (mab) (Entered: 12/04/2002) |
| 12/04/2002 | | Motion hearing held as to Artavious Lang, Kenji Crutchfield re: Sentencings continued to 12/6/02 at 9:30 a.m.; Court Reporter: Roy Isbell (mab) (Entered: 12/04/2002) |
| 12/06/2002 | | Sentencing Hearing as to Artavious Lang held, and appeals checklist furnished to counsel Court Reporter: Roy Isbell (mab) (Entered: 12/06/2002) |

| 12/12/2002 | 45 | JUDGMENT (Sentence Imposed: 12/6/02) Artavious Lang count 3: Imprisonment 151 months w/recom. to B.O.P. as set out; SRT 5 years w/sp'l cond. as set out; SA $100.00. Counts 1-2, 4 Dismissed on motion the Government. ( Signed by Judge Callie V. Grande ) JOED: 12/13/02; M/E # 11339 copies to counsel, USM, P/T, Prob. & Fin. (mab) (Entered: 12/13/2002) |
|---|---|---|
| 12/12/2002 | 47 | NOTICE OF APPEAL filed by CJA atty Larry C. Moorer for Artavious Lang (counts 1-2, 3, 4) Re: [45-1] judgment order filed on 12/12/02 (file received 12/13/02); cys to atty Moorer, with appeal packet and CJA 24 form, Probation, and USA; cert cy to 11th CCA with docket sheet (lsw) (Entered: 12/13/2002) |
| 12/13/2002 | | Notice of appeal and certified copy of docket and Judgment (45-1) as to Artavious Lang to USCA: [47-1] appeal (lsw) (Entered: 12/13/2002) |
| 12/26/2002 | | NOTICE of Docketing ROA from USCA as to Artavious Lang Re: [47-1] appeal; USCA Number: 02-16847-D (mpp) (Entered: 01/03/2003) |
| 01/07/2003 | | Transcript Information Form received RE: [48-1] appeal by Kenji Crutchfield, requesting 6/18/02 Detention Hearing (Tape Scanner: 2033, 2034 (0-3301) FTR 9:45:47-10:48 [1:02-m -82], (confirmed that upon receipt of tape from clerk Crawford, Roy Isbell, Court Reporter, will provide transcript of tape), 8/28/02 Guilty Plea Hearing, and 12/6/02 Sentencing Hearing (Roy Isbell, Court Reporter) (lsw) Modified on 02/04/2003 (Entered: 01/08/2003) |
| 01/08/2003 | | Clerk phoned CJA atty Larry C. Moorer re: transcript request forms and CJA 24 form not being filed todate re: Artavious Lang (lsw) (Entered: 01/08/2003) |
| 01/10/2003 | | Clerk phoned CJA atty Larry C. Moorer's office re: Artavious Lang, since I received no response from my phone message to him on 10/8/02, requesting him to file the transcript request forms and CJA 24 forms re Mr. Lang; left message with his secretary to please return my call (lsw) (Entered: 01/10/2003) |
| 01/14/2003 | | Attorney Larry Moorer came to District Court re: Artavious Lang, and requested another CJA 24 form, as well as transcript request forms; he left without filing same (lsw) (Entered: 01/24/2003) |
| 01/16/2003 | | Transcript Information Form received RE: [47-1] appeal by Artavious Lang, requesting 6/18/02 Taped Preliminary Exam |

| | | |
|---|---|---|
| | | and Detention Hearing, 8/28/02 Change of Plea, and 12/6/02 Sentencing transcripts, along with an envelope addressed to Roy Isbell (RI, court reporter); form appeared on clerk's desk on 1/24/03, without explanation of where it had been prior to that time; pink and green forms forwarded to Roy Isbell; CJA 24 form not filed (lsw) (Entered: 01/24/2003) |
| 01/24/2003 | | Clerk received the original CJA 24 form re: Artavious Lang from the 11th CCA, requesting 6/18/02 Preliminary Exam, 8/28/02 Change of Plea Hearing, 12/6/02 Sentencing, and Detention Hearing Tape 2033, 2034 (0-3301) (RI, court reporter) (lsw) (Entered: 01/27/2003) |
| 01/28/2003 | | CJA 24 authorization granted ( by Judge Callie V. Granade ) as to Artavious Lang on 1/28/03, re 6/18/02 P/T Hearing, 8/28/02 Guilty Plea, 12/6/02 Sentencing, and 6/18/02 Detention Hearing Tape (0-3301) FTR 9:45:47 - 10:48; Original form forwarded to Roy Isbell, Court Reporter, following phone message to Roy (lsw) (Entered: 01/28/2003) |
| 01/28/2003 | | Court Reporter Acknowledgment by Roy Isbell as to Artavious Lang Re: [47-1] appeal; Transcript due date not provided, as financial arrangements have not been made; CJA 24 form sent to RI this date, following phone message to RI this date (lsw) (Entered: 01/28/2003) |
| 02/04/2003 | | TRANSCRIPT filed as to Artavious Lang (Re: [47-1] appeal ) for dates of 6/18/02 Preliminary Examination and Detention Hearing (Roy Isbell, Court Reporter) (lsw) (Entered: 02/04/2003) |
| 02/04/2003 | | TRANSCRIPT filed as to Artavious Lang (Re: [47-1] appeal ) for dates of 12/4/02 and 12/6/02 Sentencings of Kenji Crutchfield and Artavious Lang (Roy Isbell, Court Reporter)(lsw) Modified on 03/27/2003 (Entered: 02/04/2003) |
| 02/07/2003 | | TRANSCRIPT filed as to Artavious Lang (Re: [47-1] appeal ) for date of 8/28/02 Guilty Plea Hearing (RI, court reporter); COR due 2/21/03 (lsw) (Entered: 02/10/2003) |
| 02/11/2003 | 49 | CJA 24 as to Artavious Lang Authorization to Pay Roy Isbell $ 438.00 (pages 1-59, 1-75, and 1-12= 146 pgs @ $3/pg) for 6/18/02 Preliminary and Detention Hearings, 8/28/02 Guilty Plea, and 12/6/02 Sentencing Transcripts; Voucher # 030211000015 ( Signed by Judge Callie V. Granade ) (lsw) (Entered: 02/11/2003) |

| 03/26/2003 | | CERTIFICATE OF READINESS transmitted to the 11th Circuit as to Artavious Lang re: [47-1] appeal, consisting of 1 volume of pleadings, 3 volumes of transcripts, and 1 sealed psi; cys to atty Larry Moorer, USA Kandt, and cert cy to 11th CCA(lsw) Modified on 03/26/2003 (Entered: 03/26/2003) |
| 04/01/2003 | | PRESENTENCE INVESTIGATION REPORT and Sentencing Recommentation [Sealed] as to Artavious Lang (lsw) (Entered: 04/01/2003) |
| 04/17/2003 | | AMENDED CERTIFICATE OF READINESS transmitted to the 11th Circuit due to APPEALS BEING CONSOLIDATED as to Artavious Lang, Kenji Crutchfield re: [48-1] appeal, [47-1] appeal consisting of 2 volumes of pleadings, 4 volumes of transcripts, and 2 sealed psis; cys to FDO Chris Knight, USA, and cert cy to 11th CCA (clerk confirmed with 11th CCA this date that these appeals were consolidated) (lsw) Modified on 04/17/2003 (Entered: 04/17/2003) |
| 05/02/2003 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Artavious Lang, Kenji Crutchfield : [48-1] appeal, [47-1] appeal, consisting of 2 volumes of pleadings, 4 volumes of transcripts, and 2 sealed PSIs (lsw) (Entered: 05/02/2003) |
| 08/07/2003 | 51 | MANDATE of USCA (certified copy) dated 7/8/03 as to Kenji Crutchfield, Artavious Lang re 48 Notice of Appeal - Final Judgment, 47 Notice of Appeal - Final Judgment, the defendants' sentences are AFFIRMED. Copies to Magistrate Judges Cassady and Lee. (lsw) (Entered: 08/12/2003) |
| 08/07/2003 | | Appeal Record Returned as to Kenji Crutchfield, Artavious Lang : 48 Notice of Appeal - Final Judgment, 47 Notice of Appeal - Final Judgment, consisting of 2 volumes of pleadings, 4 volumes of transcripts, and 2 sealed PSIs (PSIs returned to Probation). Appeal flags removed for Crutchfield and Lang. (lsw) (Entered: 08/12/2003) |
| 08/14/2003 | 52 | Judgment Returned Executed as to Artavious Lang on 8/6/03 Deft. delivered to TCI, Taft, CA. (cwr, ) (Entered: 08/14/2003) |
| 06/12/2008 | 91 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Artavious Lang. (cwr) (Additional attachment(s) added on 6/12/2008: # 1 motion for modification of sentence) (cwr). (Entered: 06/12/2008) |

ALS District Version 6.1 Live

https://ecf.alsd.circ11.dcn/cgi-bin/DktRpt.pl?348197803079056-L_1_0-1

| 07/07/2008 | 100 | NOTICE OF ATTORNEY APPEARANCE Steven E. Butler appearing for USA. (Butler, Steven) (Entered: 07/07/2008) |
| --- | --- | --- |
| 07/21/2008 | 101 | ORDER as to Artavious Lang, defendant's 91 Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Unless either party files a written objection on or before August 20, 2008, the court will enter an order reducing defendant's term of imprisonment to 121 months. Signed by Chief Judge Callie V. S. Granade on 07/21/2008. (copy to deft) (mab) (Entered: 07/21/2008) |
| 07/22/2008 | 102 | RESPONSE TO ORDER TO SHOW CAUSE re: 101 Order to Show Cause, by United States of America as to Artavious Lang (Butler, Steven) (Entered: 07/22/2008) |
| 08/25/2008 | 104 | ORDER granting 91 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 filed by Artavious Lang, and reducing term of imprisonment to 121 months. Signed by Chief Judge Callie V. S. Granade on 08/25/2008. (copy to deft) (mab) (Entered: 08/25/2008) |
| 10/12/2011 | 107 | Transfer Letter sent via Email to Central Dist. California [Los Angeles] re 106 Transfer Out/Probationer/SRT. (mpp) (Entered: 10/12/2011) |

9/29/15, 1:56 PM

GBK/da

FILED IN OPEN COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JUN 2 7 2002

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 02-00125-CG |
| | * | USAO NO: 02R00254 |
| LOVE MILLER, | * | VIOLATIONS: |
| ARTAVIOUS LANG and | * | 21 USC § 846 |
| KENJI CRUTCHFIELD | * | 21 USC § 841(a)(1) |

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Tina Wood*
Deputy Clerk
Date: September 29, 2015

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

From on or about May 15, 2002 to on or about June 6, 2002, in the Southern District of

Alabama, Southern Division, the defendants,

**LOVE MILLER,
ARTAVIOUS LANG and
KENJI CRUTCHFIELD**

wilfully, knowingly, and unlawfully did combine, conspire, confederate and agree with divers

and other persons known and unknown to the grand jury, to:

> knowingly and intentionally, unlawfully distribute and possess
> with the intent to distribute more than 50 grams of a mixture and
> substance containing a detectable amount of cocaine, which
> contains cocaine base, commonly known as crack cocaine, a
> Schedule II controlled substance in violation of Title 21, United
> States Code, Section 841(a)(1);

It was part of said conspiracy that the defendants themselves or through divers and other

persons, at known or unknown times and places, would obtain shipments of crack cocaine and

would package said crack cocaine for sale for profit. It was further a part of the conspiracy that

the defendants, or through other persons, would engage in negotiations about the price for said

crack cocaine with prospective purchasers for same, and would deliver said crack cocaine to

places necessary for such transactions.

In violation of Title 21, United States Code, Section 846, and Title 18, United States

Code, Section 2.

The quantity involved exceeded 50 grams of crack cocaine; thus, the defendants are

subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).


## COUNT TWO

From on or about May 15, 2002 to on or about June 6, 2002, in the Southern District of

Alabama, Southern Division, the defendants,

**LOVE MILLER,
ARTAVIOUS LANG  and
KENJI CRUTCHFIELD**

wilfully, knowingly, and unlawfully did combine, conspire, confederate and agree with divers

and other persons known and unknown to the grand jury, to:

> knowingly and intentionally, unlawfully distribute and possess
> with the intent to distribute more than 2000 grams of a mixture and
> substance containing a detectable amount of cocaine, which
> contains cocaine, commonly known as powder cocaine, a Schedule
> II controlled substance in violation of Title 21, United States Code,
> Section 841(a)(1);

It was part of said conspiracy that the defendants themselves or through divers and other

persons, at known or unknown times and places, would obtain shipments of cocaine and would

package said cocaine for sale for profit.  It was further a part of the conspiracy that the defendants, or through other persons, would engage in negotiations about the price for said cocaine with prospective purchasers for same, and would deliver said cocaine to places necessary for such transactions.

In violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

The quantity involved exceeded 2000 grams of powder cocaine; thus, the defendants are subject to the penalty provisions of Title 21,  United States Code, Section 841(b)(1)(B).

### COUNT THREE

On or about June 6, 2002,  in the Southern District of Alabama, Southern Division, the defendants,

**LOVE MILLER,**
**ARTAVIOUS LANG  and**
**KENJI CRUTCHFIELD**

unlawfully, knowingly and intentionally did distribute and possess with intent to distribute a Schedule II controlled substance, to wit:  approximately 50 grams of a mixture and substance containing a detectable amount of cocaine, which contains cocaine base, commonly known as crack cocaine.

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity involved exceeded 50 grams of crack cocaine; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

3

## COUNT FOUR

On or about June 6, 2002,  in the Southern District of Alabama, Southern Division, the

defendants,

**LOVE MILLER,
ARTAVIOUS LANG  and
KENJI CRUTCHFIELD**

unlawfully, knowingly and intentionally did distribute and possess with intent to distribute a

Schedule II controlled substance, to wit:  approximately 2000 grams of a mixture and substance

containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity involved exceeded 2000 grams of powder cocaine; thus, the defendants are

subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

A TRUE BILL,

_____
FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

DAVID P. YORK
UNITED STATES ATTORNEY
by:

_____
Gregory A. Bordenkircher
Assistant U.S. Attorney

_____
Gina S. Vann
Assistant U.S. Attorney
Chief, Criminal Division                    JUNE 2002

4

## PENALTY PAGE

| | |
|---|---|
| **Case Style:** | **UNITED STATES v. LOVE MILLER, ARTAVIOUS LANG and KENJI CRUTCHFIELD** |
| **Defendants:** | **LOVE MILLER, ARTAVIOUS LANG and KENJI CRUTCHFIELD  -  ALL COUNTS** |
| **USAO Number:** | **02R00254** |
| **AUSA:** | **Gregory A. Bordenkircher** |

**CODE VIOLATIONS:**

| | |
|---|---|
| **Counts 1 & 2:** | **21 U.S.C. § 846 - Conspiracy to possess and distribute crack cocaine.** |
| **Counts 3 & 4:** | **21 U.S.C. § 841(a)(1) - Possession/distribution of crack cocaine.** |

**PENALTIES:**

| | |
|---|---|
| **Counts 1 & 3:** | **10 yrs to life/ $4,000,000.00/5 yrs SRT/$100.00 SA** |
| **Counts 2 & 4:** | **10 yrs. to life/$4,000,000.00/5 yrs SRT/$100.00 SA** |

AO 245B (Rev. 9/00) Judgment in a Criminal Case:  Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

FILED DEC 12 '02 PM 1:13 USDCALS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987) |

**ARTAVIOUS LANG**
a/k/a Artavious Devaugh Lang

CASE NUMBER: **1:02-CR-00125-002**

**THE DEFENDANT:**

Larry Moorer, Esquire
**Defendant's Attorney**

(X)  pleaded guilty to count _3 of the Indictment on 8/28/02_ .

( )  pleaded nolo contendere to count(s) _ which was accepted by the court.

( )  was found guilty on count(s) _ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count No.(s) |
|---|---|---|---|
| 21 USC § 841(a)(1) | Distribution and possession with intent to distribute cocaine. | 06/06/2002 | 3 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )  The defendant has been found not guilty on count(s) __ .

(X)  Counts _1,2 & 4_  are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Social Security No.:

December 6, 2002

Defendant's Date of Birth: 09/04/1974

Date of Imposition of Judgment

Defendant's U.S.M. No.:  08145-003

Defendant's Residence Address:

1723 N. Santa Fe

Compton, CA  90221

*Callie V. S. Grande*

CALLIE V. S. GRANADE
UNITED STATES DISTRICT JUDGE

Defendant's Mailing Address:

Mobile Metro Jail

Mobile, AL

12-12-02
Date

Certified to be a true and
correct copy of the original.
Charles R. Diard. Jr.
U.S. District Court
Southern District of Alabama
By: *Tina Wood*
       Deputy Clerk
Date: September 29, 2015

**Judgment 2**

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 2 - Imprisonment

Defendant: **ARTAVIOUS LANG, a/k/a Artavious Devaugh Lang**
Case Number: **1:02-CR-00125-002**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term of  ONE HUNDRED FIFTY-ONE (151) MONTHS    **.

( )    <u>Special Conditions:</u>

(X)    The court makes the following recommendations to the Bureau of Prisons:
**That the defendant be imprisoned at an institution where a residential, comprehensive, substance abuse treatment program is available; and where his medical needs and physical disability can be accommodated.**

(X)    The defendant is remanded to the custody of the United States Marshal.

( )    The defendant shall surrender to the United States Marshal for this district:
    ( )    at _____ a.m./p.m. on _____.
    ( )    as notified by the United States Marshal.

( )    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ( )    before 2 p.m. on _____.
    ( )    as notified by the United States Marshal.
    ( )    as notified by the Probation or Pretrial Services Office.

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED THIS THE
12th DAY   OF December
2002 JUDGEMENT ENTRY
NO. 11339
CHARLES H. DIARD, JR. CLERK
BY _____
DEPUTY CLERK

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

JUDGEMENT ENTERED
ON DOCKET

_____
**UNITED STATES MARSHAL**

By_____
Deputy U.S. Marshal

Judgment 3

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: ARTAVIOUS LANG, a/k/a Artavious Devaugh Lang
Case Number: 1:02-CR-00125-002

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 years**.

(**X**)  _Special Conditions:_  **Defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the Probation Office.**

_**For offenses committed on or after September 13, 1994:**_  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

( )  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

(**X**)  **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (Probation Form 7a).**
**The defendant shall also comply with the additional conditions on the attached page (if applicable).**

> **See Page 4 for the**
> **"STANDARD CONDITIONS OF SUPERVISION"**

Judgment 4

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 3 - Supervised Release

**Defendant: ARTAVIOUS LANG, a/k/a Artavious Devaugh Lang**
Case Number: **1:02-CR-00125-001**

# SUPERVISED RELEASE

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

Judgment 5

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties

Defendant: ARTAVIOUS LANG, a/k/a Artavious Devaugh Lang

Case Number: 1:02-CR-00125-002

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 | | |

( )   The determination of restitution is deferred until _____.  An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. **(or see attached)**  However, pursuant to 18 U.S.C. § 3644(i), all non-federal victims must be paid in full prior to the United States receiving payment.

( )   The defendant shall make restitution to the following payees in the amounts listed below.

| Name(s) and Address(es) of Payee(s) | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| **TOTALS:** | $ | $ | |

( )   If applicable, restitution amount ordered pursuant to plea agreement.  $ 

( )   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).

( )   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ( )   The interest requirement is waived for the ( ) fine and/or  ( ) restitution.

   ( )   The interest requirement for the   ( )  fine and/or  ( )  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

**Judgment 6**

AO 245B (Rev. 9/00) Judgment in a Criminal Case:  Sheet 5,  Part B - Schedule of Payments
Defendant: ARTAVIOUS LANG, a/k/a Artavious Devaugh Lang
Case Number: 1:02-CR-00125-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    (X)   Lump sum payment of $ __100.00__ due immediately, balance due

     ( ) not later than _____ , or

       ( ) in accordance with ( ) C, ( ) D, or ( ) E below; or

B   ( ) Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) E below); or

C   ( ) Payment in ____ (e.g., equal, weekly, monthly, quarterly) installments of $ ____ over a period of ____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment;  or

D   ( ) Payment in ____ (e.g., equal, weekly, monthly, quarterly) installments of $ ____ over a period of ____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ( ) Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the clerk of court, unless otherwise directed by the court, the  probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

( )    **Joint** and Several:

( )    The defendant shall pay the cost of prosecution.

( )    The defendant shall pay the following court cost(s):

( )    The defendant shall **forfeit** the defendant's interest in the following property to the United States:

**Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal; (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and**

AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ARTAVIOUS LANG | ) | Case No:  1:02-CR-00125-002 |
| | ) | USM No:  08145-003 |
| Date of Previous Judgment:  <u>12/06/2002</u> | ) | <u>Pro Se</u> |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in
the last judgment issued) of  <u>151</u>  months **is reduced to**  <u>121 months</u>  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: <u>31</u> | | Amended Offense Level: <u>29</u> | |
| Criminal History Category: <u>IV</u> | | Criminal History Category: <u>IV</u> | |
| Previous Guideline Range: <u>151</u> to <u>188</u> months | | Amended Guideline Range: <u>121</u> to <u>151</u> months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  <u>12/06/2002</u>  shall remain in effect.
**IT IS SO ORDERED.**

| | |
|---|---|
| Order Date:  <u>08/25/2008</u> | <u>/s/  Callie V. S. Granade</u> |
| | Judge's signature |
| Effective Date:  _____ | <u>Chief United States District Judge</u> |
| (if different from order date) | Printed name and title |

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By *Tina Wood*
Deputy Clerk
Date: September 29, 2015